Alfred Miesto, Appellant, v. Commercial Union Assurance Company, Limited, of London, England, Respondent.— Order affirmed, with costs. No opinion.    Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke, and Scott, JJ.